## STATE OF OREGON,
*Appellant,*

*v.*

## SCOTT ERIC STEEN,
*Respondent.*

(91CR1100FE; CA A71836)

851 P2d 639

Jas. Adams, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Stephen J. Williams, Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender, Salem.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded. *State v. Henry,* 116 Or App 138, 840 P2d 1335 (1992).